District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIA MORA, *et. al.*<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | No. 2:23-cv-550-JLR<br><br>STIPULATED ORDER FOR DISMISSAL<br>[~~PROPOSED~~]<br><br>Noted for Consideration:<br>**June 6, 2023** |

The above-captioned action having been resolved by the parties, all parties stipulate to the dismissal without prejudice of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Each party will bear their own fees or costs.

//
//
//
//
//
//
//

STIPULATED ORDER FOR DISMISSAL.
(23-cv-550-JLR) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

Dated: June 6, 2023

Respectfully submitted,

| | |
|---|---|
| *s/ Bart Klein* | */s/ Michelle R. Lambert* |
| BART KLEIN WSBA #10909 | MICHELLE R. LAMBERT |
| Law Offices of Bart Klein | NYS#4666657 |
| WSBA # 10909 | Assistant United States Attorney |
| 605 First Avenue South, Suite 500 | United States Attorney's Office |
| Seattle, WA 98104 | 1201 Pacific Avenue, Suite 700 |
| Tel.: (206) 624-3787 | Tacoma, WA 98402 |
| Fax: (206) 624-6371 | Tel.: (253) 428-3824 |
| Bart.Klein@bartklein.com | Email: michelle.lambert@usdoj.gov |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

STIPULATED ORDER FOR DISMISSAL.
(23-cv-550-JLR) - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 4258-3800

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulated Order for Dismissal is GRANTED.  The case is dismissed without prejudice with each party to bear their own costs.

SO ORDERED.

DATED this 6th day of June, 2023.

_____
JAMES L. ROBART
United States District Judge

STIPULATED ORDER FOR DISMISSAL.
(23-cv-550-JLR) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800